# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUN-AIR OF SCANDINAVIA A/S, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JET SUPPORT SERVICES, INC., )<br>)<br>)<br>Defendant. )<br>) | Misc. Case No. 23-MC-387<br><br>**DISTRICT COURT FOR THE<br>NORTHERN DISTRICT OF ILLINOIS**<br>N.D. Ill. Case No. 1:22-cv-00068-JCD |

## MOTION TO COMPEL BRITISH AIRWAYS' COMPLIANCE WITH NON-PARTY SUBPOENA

Pursuant to Rule 37 and Rule 45 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant/Counterclaimant Jet Support Services, Inc. ("JSSI"), by and through undersigned counsel, submits this Motion to Compel ("Motion to Compel") non-party British Airways PLC to produce documents and appear for a deposition in compliance with a non-party subpoena.

British Airways' registered agent was served with a valid document and deposition subpoena on August 24, 2023, requesting the production of documents and a witness for deposition on or before September 25, 2023. However, British Airways has failed to provide any response: no objections, no motion to quash, no motion for protective order, no phone calls, nor any correspondence whatsoever. Although counsel for JSSI has made a good faith attempt to confer with British Airways regarding the subpoena, it is apparent British Airways will not comply with the subpoena without this Court's intervention.

For the foregoing reasons and those set forth in the accompanying memorandum, this Court should grant JSSI's Motion to Compel and enter an order requiring British Airways to comply

with the subpoena by (1) producing documents and (2) producing a witness in accordance with the subpoena, to pay JSSI's reasonable expenses in being forced to file this Motion, and for such further relief the Court deems proper under the circumstances.

*CERTIFICATE OF CONFERENCE*: I hereby certify that counsel for JSSI has attempted, in good faith, to confer with counsel for British Airways regarding the above-requested relief on several occasions. JSSI has not received a response to their numerous communications and, therefore, submit this matter to the Court for determination.

Dated: October 18, 2023

Respectfully submitted,

*/s/ Andrew T. Lolli*

Andrew T. Lolli
Armstrong Teasdale LLP
7 Times Square, 44th Floor
New York, NY 10036
alolli@atllp.com

Monte L. Mann
Angela B. Kennedy
Andrew P. Shelby
Emily L. Goeke
Armstrong Teasdale LLP
100 North Riverside Plaza, Suite 1500
Chicago, IL 60606
(312) 419-6900
mmann@atllp.com

Martin L. Roth, P.C.
Katie R. Lencioni
Michael K. Sciaccotta
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-7170
Facsimile: (312) 862-2200
martin.roth@kirkland.com

*Attorneys for Defendant Jet Support Services, Inc.*