IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUN-AIR OF SCANDINAVIA A/S,        ) | |
|            ) | |
|    Plaintiff,        ) | |
|        ) | |
|    v.        ) | Misc. Case No. __23-MC-387__ |
|        ) | |
|        ) | |
| JET SUPPORT SERVICES, INC.,        ) | **DISTRICT COURT FOR THE** |
|        ) | **NORTHERN DISTRICT OF ILLINOIS** |
|        ) | N.D. Ill. Case No. 1:22-cv-00068-JCD |
|    Defendant.        ) | |
|        ) | |

**DECLARATION OF ANGELA B. KENNEDY IN SUPPORT OF MOTION TO COMPEL BRITISH AIRWAYS' COMPLIANCE WITH NON-PARTY SUBPOENA**

I, Angela B. Kennedy, declare as follows:

1. I am licensed to practice law in the States of Illinois and Missouri and am a partner at the law firm of Armstrong Teasdale LLP. I am counsel of record for Defendant/Counterclaimant Jet Support Services, Inc. ("JSSI") in the above-captioned suit brought by Sun-Air of Scandinavia A/S in the Northern District of Illinois. I submit this declaration in support of JSSI's Motion to Compel (the "Motion") British Airways' compliance with a non-party subpoena. I have personal knowledge of the facts set forth below and if called upon and sworn as a witness, I could and would competently testify to them.

2. On August 14, 2023, I served notice of the British Airways subpoena on counsel for Sun-Air. A true and accurate copy of the British Airways subpoena and all attendant documents served therewith is attached to the Motion as Exhibit A.

3. On August 24, 2023, I caused the British Airways subpoena to be served via process server on the registered agent for British Airways: CT Corporation System, 28 Liberty St., New

York, NY 1005. A true and accurate copy of the process server's affidavit of service is attached to the Motion as Exhibit B.

4. In the cover letter attached to the British Airways subpoena, I requested that counsel for British Airways contact me to discuss a plan for their document production and deposition.

5. I requested compliance with the subpoena by September 25, 2023, at my law firm's New York office, located at 7 Times Square, which is less than one mile from British Airways North American headquarters at 11 West 42nd Street.

6. I did not receive any response from British Airways or anyone representing British Airways before the September 25, 2023 deadline.

7. Accordingly, on October 2, 2023, I sent a letter to British Airways via certified mail, requesting a response by October 10, 2023. A true and accurate copy of the October 2, 2023 letter is attached to the Motion as Exhibit C.

8. Finally, in an effort to make contact with the persistently-silent British Airways, I searched PACER for any cases involving British Airways. I was able to locate one case currently pending in the Southern District of New York where British Airways is represented by counsel.

9. I reached out to this counsel and requested he connect me with British Airways or otherwise inform British Airways of the pending subpoena, and our wish to avoid filing a motion to compel.

10. This counsel responded with a request for the subpoena, and noted he would share it with British Airways and let me know whether he would be representing British Airways in the matter. A true and accurate copy of the email exchange is attached to the Motion as Exhibit D.

11. I did not hear from this counsel, so I followed up with a phone call on October 13, 2023. Counsel informed me he would remind British Airways about his request and that JSSI would have a response by Monday or Tuesday of the next week, the week of October 16, 2023.

12. I replied to this counsel again on October 16, 2023, advising that we expected a response that day or the next, and may have to file a motion to compel if no response was received. He then informed me he would not be representing British Airways in this matter.

13. British Airways made no response that day (Monday, October 16) or the next (Tuesday, October 17). Accordingly, to date, I have received no response from British Airways or anyone representing British Airways. I am the contact listed on the subpoena, and British Airways has not objected to the subpoena, asserted any privilege, moved to quash, or otherwise responded to the subpoena in any way.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2023.

/s/ *Angela B. Kennedy*
Angela B. Kennedy