IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUN-AIR OF SCANDINAVIA A/S,  )<br>                                                       )<br>              Plaintiff,              )<br>                                                       )<br>      v.                                            )      Misc. Case No. 23-MC-387<br>                                                       )<br>                                                       )<br>JET SUPPORT SERVICES, INC.,   )      **DISTRICT COURT FOR THE**<br>                                                       )      **NORTHERN DISTRICT OF ILLINOIS**<br>                                                       )      N.D. Ill. Case No. 1:22-cv-00068-JCD<br>              Defendant.            )<br>                                                       ) | |

**ORDER GRANTING MOTION TO COMPEL
BRITISH AIRWAYS' COMPLIANCE WITH NON-PARTY SUBPOENA**

Having considered Defendant/Counterclaimant Jet Support Services, Inc.'s ("JSSI") Motion to Compel Compliance with Non-Party Subpoena under Rule 45 of the Federal Rules of Civil Procedure, it is HEREBY ORDERED that:

JSSI's Motion to Compel Compliance with Non-Party Subpoena is GRANTED, and British Airways must produce the documents and materials requested by JSSI's document requests by  November 9 , 2023, or at a date and time otherwise agreed upon by the parties. It is further ordered that British Airways must produce a witness to testify on the topics requested by JSSI's deposition subpoena by  November 30 , 2023, or at a date and time otherwise agreed upon by the parties. Finally, having found that British Airways failed to produce a witness for deposition and that its failure to otherwise respond was purposeful, it is further ordered that JSSI is entitled to its attorney fees and costs incurred in filing the Motion to Compel Compliance with Non-Party Subpoena. Within fourteen days, JSSI's counsel shall submit to the Court and to British Airways' counsel an itemized record of fees and expenses reasonably incurred by JSSI's counsel in connection with researching, drafting, and filing the Motion to Compel and related briefing. This also includes any other efforts JSSI's counsel made after the compliance date of

September 25, 2023, to reach British Airways in order to avoid filing the Motion to Compel Compliance with Non-Party Subpoena.

IT IS SO ORDERED.

Dated: _____October 26___, 2023
New York, New York

_____
Edgardo Ramos, U.S.D.J.