UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUN-AIR OF SCANDINAVIA A/S,

                Plaintiff,

– against –

JET SUPPORT SERVICES, INC.,

                Defendant.

**ORDER**

23-mc-00387 (ER)

RAMOS, D.J.:

        On October 18, 2023, Jet Support Services, Inc., moved to compel British Airways PLC to produce documents and appear for a deposition in compliance with a nonparty subpoena. Doc. 1. The Court granted Jet Support's motion. Doc. 12. The Court also held that Jet Support was entitled to attorney fees and costs incurred in filing the motion. *Id.* And the Court instructed Jet Support to submit an itemized record of its fees and expenses to the Court and to British Airways' counsel. *Id.*

        Jet Support has now filed its itemized record of fees and expenses. Doc. 13. British Airways must submit any objection to Jet Support's application by November 29, 2023. Jet Support is directed to provide a copy of this order to British Airways' counsel and to file proof of such mailing on the docket.

        SO ORDERED.

Dated:   November 15, 2023
             New York, New York

                                            Edgardo Ramos, U.S.D.J.