UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUN-AIR OF SCANDINAVIA A/S,

                Plaintiff,

– *against* –

JET SUPPORT SERVICES, INC.,

                Defendant.

**ORDER**

23-mc-00387 (ER)

Ramos, D.J.:

    On October 18, 2023, Jet Support Services, Inc., moved to compel British Airways PLC to produce documents and appear for a deposition in compliance with a nonparty subpoena. Doc. 1. The Court granted Jet Support's motion and held that Jet Support was entitled to attorney fees and costs incurred in filing the motion. Doc. 12. On November 9, 2023, Jet Support filed an itemized record of fees and expenses. Doc. 13. The Court directed British Airways to submit any objection to Jet Support's application by November 29, 2023. Doc. 14.

    British Airways filed a letter stating that it has chosen not to object to Jet Support's itemized record of fees and expenses and that it has sent a check to Jet Support's counsel for the full amount. Doc. 17.

    Accordingly, the Clerk of Court is respectfully directed to terminate Jet Support's submission requesting attorney fees, Doc. 13, as moot.

    SO ORDERED.

Dated:  November 30, 2023
          New York, New York

                                                  Edgardo Ramos, U.S.D.J.